

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00365-CV

| | | |
|---|---|---|
| Ex parte L.C. | § | From the 371st District Court |
| | § | of Tarrant County (D371-E-12323-16) |
| | § | September 28, 2017 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order is reversed and the case is remanded to the trial court to grant Appellant L.C.'s petition and to enter an order directing expunction.

It is further ordered that appellee The State of Texas shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel